USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **NORTHERN** DISTRICT OF **ILLINOIS**

UNITED STATES OF AMERICA
V.
MICHAEL MOSTER

CRIMINAL NUMBER: 08 CR 581

*FILED JUL 29 2008 MICHAEL W. DOBBINS U.S. DIST CT COURT*
*7-29-08*
*08 CRIM 778*
*JUDGE SULLIVAN*

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **MICHAEL MOSTER**, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead **GUILTY** to the offense charged, to consent to the disposition of the case in the **Southern** District of **New York** in which I, **am present**, (am under arrest, am held) and to waive trial in the above captioned District.

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: AUG 18 2008*

Dated: July 28 2008 at NY, NY

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney) AUSA NDIL

Approved

Patrick J Fitzgerald by DAG
United States Attorney for the
**Northern** District of
**Illinois**

Michael J. Garcia
United States Attorney for the
**Southern** District of
**New York**