UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA                    Notice of Appearance

       -against-                                       08-CR-778 (RJS)

MICHAEL MOSTER

       Defendant.

-------------------------------------------------------X


PLEASE TAKE NOTICE the undersigned attorney hereby enters an appearance on behalf of the defendant, Michael Moster.


*Scott E. Leemon*

Dated: AUG. 18, 2008      _____
     NY, NY              Scott E. Leemon, Esq.  (SEL-0672)
                        Law Offices of Scott E. Leemon, PC
                        260 Madison Avenue, 18th Floor
                        New York, NY  10016
                        212/ 696-9111-Phone
                        917/ 238-0880-Cell
                        800/ 856-9712-Fax
                        scott@leemonlaw.com